UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**MASSACHUSETTS BAY INSURANCE COMPANY,**

    Plaintiff,

v.                                                                         Case No. 2:17-cv-02103-JTF-cgc

**CHRISTIAN FUNERAL DIRECTORS, INC. et al,**

    Defendants.

# JUDGMENT

    Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order Denying Defendants' Motion to Dismiss for Lack of Jurisdiction and Granting Defendants' Motion Seeking Court to Decline to Exercise Jurisdiction entered on February 15, 2018.

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                   THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE                 CLERK

January 23, 2020                                          Annabelle P. Harris
DATE                                                       (By) LAW CLERK